ORDER
PER CURIAM:
In a single-judge order dated March 14, 2001, the Court, noting the enactment of the Veterans Claims Assistance Act of 2000, Pub.L. No. 106-475, 114 Stat. 2096 (Nov. 9, 2000), vacated the September 30, 1998, decision of the Board of Veterans’ Appeals that denied the veteran’s claim to establish service connection for post-traumatic stress disorder and remanded the matter for readjudication. On April 3, 2001, the appellant, pursuant to Rule 35 of the Court’s Rules of Practice and Procedure, filed a motion for reconsideration and an alternative motion for a panel decision.
Upon consideration of the foregoing and the record on appeal, it is
ORDERED by the single judge that the appellant’s motion for reconsideration is denied. It is further
ORDERED by the panel that the appellant’s motion for a panel decision is denied.